## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAMLET GARCIA, II,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BANK OF AMERICA CORPORATION,** | : | **NO. 17-5572** |
| **Defendant.** | : | |

## ORDER

AND NOW, this 20 ᵗʰ day of December, 2017, upon consideration of Mr. Garcia's

motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1.      Leave to proceed *in forma pauperis* is GRANTED.

2.      The complaint is DISMISSED for lack of subject matter jurisdiction.    The

dismissal is without prejudice to Mr. Garcia refiling his state law claims in state court.

3.      The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

_____

**GERALD A. MCHUGH, J.**